IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESPIRIDION FERNANDEZ, J-13648,       )
                                     )
                Petitioner,          )          No. C 11-0082 CRB (PR)
                                     )
        vs.                          )          ORDER OF DISMISSAL
                                     )
DOMINGO URIBE, Warden, et al.,       )
                                     )
                Respondent(s).       )
_____      )

        Petitioner, a prisoner at Centinela State Prison in Imperial, California, has

filed a pro se petition for a writ of habeas corpus challenging the decision of

classification staff at the Correctional Training Facility in Soledad, California to

increase his custody and classification score and transfer him to Centinela State

Prison.

        The petition for a writ of habeas corpus is DISMISSED without prejudice

to filing a civil rights complaint under 42 U.S.C. § 1983.  Although the Supreme

Court has not addressed whether a challenge to a condition of confinement may

be brought under habeas, see Bell v. Wolfish, 441 U.S. 520, 526 n.6 (1979), the

Ninth Circuit has held that habeas jurisdiction is absent, and a § 1983 action

proper, where, as here, a successful challenge to a prison condition will not

necessarily shorten the prisoner's sentence.  Ramirez v. Galaza, 334 F.3d 850,

859 (9th Cir. 2003).  In addition, the preferred practice in the Ninth Circuit has

been that challenges to conditions of confinement be brought in a civil rights complaint.  See Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action is proper method of challenging conditions of confinement); Crawford v. Bell, 599 F.2d 890, 891-92 & n.1 (9th Cir. 1979) (affirming dismissal of habeas petition on basis that challenges to terms and conditions of confinement must be brought in civil rights complaint).

The clerk shall send petitioner a prisoner civil rights complaint form, enter judgment in accordance with this order, terminate all pending motions as moot, and close the file.

SO ORDERED.

DATED:  Jan. 18, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.10\Fernandez, E1.dismissal.wpd

2